1 SAMANTHA D. HILTON (SBN 215585)
  KENNEY & MARKOWITZ L.L.P.
2 255 California Street, Suite 1300
  San Francisco, CA 94111
3 Telephone:  (415) 397-3100
  Facsimile:   (415) 397-3170
4 shilton@kennmark.com

5 Attorneys for Defendant
  JETBLUE AIRWAYS CORPORATION

7 CLEM C. TRISCHLER, JR. (*Pro Hac Vice*)
  PIETRAGALLO, BOSICK & GORDON
8 One Oxford Centre, 38th Floor
  Pittsburgh, PA 15219
9 Telephone:  (412) 263-1816
  Facsimile:   (412) 261-5295
10 cct@pbandg.com

11 Attorneys for Defendant
   JETBLUE AIRWAYS CORPORATION

**IT IS SO ORDERED**
Judge Vaughn R Walker
March 14, 2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION - ECF PROGRAM

| | |
|---|---|
| IN RE: | MDL DOCKET NO. 04-1606 VRW |
| DEEP VEIN THROMBOSIS | **STIPULATION OF DISMISSAL** |
| This Document Relates to: | |
| *James Varriale v. JetBlue Airways Corporation;* Case No. C 04 4166 VRW | |

IT IS HEREBY STIPULATED by and between the parties to this action that the above-captioned action be and hereby is dismissed with prejudice, with each party to bear its own costs and attorney's fees.

[30170.301790.0132776.DOC]
-1-
STIPULATION OF DISMISSAL; CASE NO. 04-4166 VRW; MDL DOCKET NO. 04-1606 VRW

| | |
|---|---|
| 1  DATED: March __, 2008 | **KENNEY & MARKOWITZ L.L.P.** |
| 2 | |
| 3 | By: _____ |
| 4 | SAMANTHA D. HILTON |
| 5 | Attorneys for Defendant |
| | JETBLUE AIRWAYS CORPORATION |
| 6  DATED: March 11, 2008 | **MAGANA CATHCART McCARTHY** |
| 7 | |
| 8 | By: _____ |
| 9 | CLAY ROBBINS III |
| | Attorneys for Plaintiff |
| | JAMES VARRIALE |

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

Kenney & Markowitz L.L.P.

(30170.301790 0132776.DOC)
-2-
STIPULATION OF DISMISSAL; CASE NO. 04-4166 VRW; MDL DOCKET NO. 04-1606 VRW